**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 552 EAL 2014
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
EUGENE MCCLURE, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.